FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 29 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 1:24-CR-371 MLG |
| Plaintiff, | |
| | Count 1: 21 U.S.C. § 846: Conspiracy; |
| vs. | |
| | Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii): Possession with Intent to Distribute 50 Grams and More of Methamphetamine. |
| **RAYSHAWN BOYCE** and **GABRIELLA TORRES,** | |
| Defendants. | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

From on or about February 15, 2022, and continuing to on or about May 17, 2022, in Cibola County, in the District of New Mexico, and elsewhere, the defendants, **RAYSHAWN BOYCE** and **GABRIELLA TORRES**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically distribution of one or more controlled substances.

### Quantity of Methamphetamine Involved in the Conspiracy

With respect to **RAYSHAWN BOYCE** and **GABRIELLA TORRES**, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, is 50 grams, contrary to 21 U.S.C. § 841(b)(1)(A)(viii).

In violation of 21 U.S.C. § 846.

<u>Count 2</u>

On or about May 17, 2022, in Cibola County, in the District of New Mexico, the defendant, **RAYSHAWN BOYCE**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

2